**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANIA EVANS, | : | Civil No. 1:24-CV-00646 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CUMBERLAND COUNTY, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 16th day of March, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for leave to amend the complaint, Doc. 26, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania